**Opinion issued August 22, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-23-00438-CV**

—————————————

**MICHELE TESTA, AS ADMINISTRATOR OF THE ESTATE OF DONALD TESTA, Appellant**

**V.**

**WILMINGTON TRUST, N.A., AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA, MERRILL LYNCH TRUST 2014-C19, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2014-C19, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-88854**

---

**MEMORANDUM OPINION**

Appellant, Michele Testa, as administrator of the Estate of Donald Testa, has filed a notice of appeal from the trial court's March 8, 2023 final judgment.

Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On July 6, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by August 7, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.